**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **YUNIOR RODRIGUEZ** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **1:17-cv-7514** |
| | ) | |
| **COUNTRY CHARM RESTAURANT, INC.** | ) | **Hon. Edmond E. Chang** |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff and Defendant, by their attorneys, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that, effective with filing of this Stipulation of Dismissal, this matter may be dismissed as to Defendant, without prejudice, each party to bear its own costs and fees. Plaintiff is granted leave to move to reinstate on or before February 5, 2018, in the event Defendant has not materially complied with the payment terms of the Settlement Agreement in this matter. The parties agree that reinstatement, if any, shall be for the sole purpose of collecting payments not timely made. If Plaintiff has not moved to reinstate by February 5, 2018, dismissal will automatically convert to be with prejudice.

Dated: 1/3/2018

| | |
|---|---|
| s/Carlos G. Becerra | s/Charles G. Wentworth |
| Carlos G. Becerra | Charles G. Wentworth |
| Becerra Law Group, LLC | The Law Office of Lofgren & Wentworth, P.C. |
| 11 E. Adams St., Suite 1401 | 536 Crescent Blvd., Suite 200 |
| Chicago, IL 60603 | Glen Ellyn, IL 60137 |
| Phone: (312)957-9005 | Phone: (630) 469-7100 |
| Email: cbecerra@law-rb.com | Email: cwentworth@elrlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |