# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Yunior Rodriguez

                     Plaintiff,

v.                                              Case No.: 1:17–cv–07514
                                                            Honorable Edmond E. Chang

Country Charm Restaurant, Inc.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 3, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the stipulated dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is dismissed without prejudice, each party to bear its own costs and fees. Plaintiff may move to reinstate on or before 02/05/2018, in the event Defendant has not materially complied with the payment terms of the settlement agreement, to enforce collection of payments not timely made. If Plaintiff has not moved to reinstate by 02/05/2018, dismissal will automatically convert to be with prejudice. The status hearing of 01/08/2018 is vacated. Civil case terminated.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.